IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:04CR 449-1 |
| JAMES FRANK INGRAM | : |

FILED NOV 29 2004

05-91 M

The Grand Jury charges:

On or about March 23, 2004, in the County of Moore, in the Middle District of North Carolina, JAMES FRANK INGRAM, having been convicted on November 2, 2000, in the Superior Court of Moore County, Carthage, North Carolina, of a crime punishable by imprisonment for a term exceeding one year, that is, felony possession of cocaine, did knowingly possess in commerce and affecting commerce a firearm, that is, a Charco, Inc. .38 caliber revolver, model Off Duty .38 Special, serial number 1129981; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

_____
MICHAEL F. JOSEPH
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY

FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-91M



FILED
MAY 24 2005

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**United States of America**

v.   Docket No. 1:04CR449-1

James Frank Ingram

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Karyn S. Franks  , UNITED STATES PROBATION OFFICER, presenting an official report upon the conduct of defendant James Frank Ingram  who was placed under pretrial release supervision by the Honorable  Wallace W. Dixon  sitting in the court at Durham  , on  3rd  day of  January  2005  . The probation officer believes the following conditions have been violated:

2) The defendant shall immediately advise the Court, defense counsel, and the U.S. Attorney's office in writing before any change in address and telephone number.

7p) The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

2) Numerous attempts to contact the defendant to have him report have been unsuccessful, including requesting his attorney to have him report. The defendant has failed to report in person or telephonically since March 7, 2005. Contact with the defendant's girlfriend reveals that the defendant has moved to an unknown location.

7p) On February 22, 2005 a urine specimen was collected which was positive for marijuana.

**PRAYING THAT THE COURT WILL ORDER:**

[ ] Issuance of a Warrant and that the defendant be detained until a bond review hearing

[X] Issuance of a Warrant and that the defendant's bond be revoked and that he be detained, but without prejudice to defendant's counsel requesting reconsideration.

☐ Issuance of a Summons and that the defendant appear on _____, at _____, in _____, North Carolina, for a bond review hearing to determine if the defendant's release should be revoked.

☐ Other _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23rd, 2005

_____
United States Probation Office

Approved by: _____
Supervising U.S. Probation Officer

### ORDER OF COURT

☐ Issuance of a Warrant and that the defendant be detained until a bond review hearing

☑ Issuance of a Warrant and that the defendant's bond be revoked and that he be detained, but without prejudice to defendant's counsel requesting reconsideration.

☐ Issuance of a Summons and that the defendant appear on _____, at _____, in _____, North Carolina, for a bond review hearing to determine if the defendant's release should be revoked.

☐ Other _____

Considered and ordered this 23 day of May, 2005, and ordered filed and made a part of the record in the above case.

_____
United States Magistrate Judge