UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 05-41M |
| JAMES INGRAM | ) |
| Defendant. | ) |

O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 17th day of June, 2005, ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                                          _____
                                                                         Honorable Sue L. Robinson
                                                                         U.S. District Judge

cc: Federal Public Defender
     First Federal Plaza, Suite# 110
     704 King Street
     Wilmington, DE  19801
     (302) 573-6010

     Defendant
     United States Attorney



FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE